category 2



FILED
10/04/2022 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

22cr501
Judge Kendall
Magistrate Judge McShain



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1.      Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge?  **No**

    1a.     If the answer is "Yes," list the case number and title of the earliest filed complaint:

    1b.     Should this indictment or information receive a new case number from the court? **Yes**

2.      Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  **No**

    2a.     If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3.      Is this a re-filing of a previously dismissed indictment or information?  **No**

4.      Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?  **No**

5.      Is this a transfer of probation supervision from another district to this District?  **No**

6.      What level of offense is this indictment or information?  **Felony**

7.      Does this indictment or information involve eight or more defendants?  **No**

8.      Does this indictment or information include a conspiracy count?  **Yes**

9.      Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Immigration Laws (IV)**

10.     List the statute of each of the offenses charged in the indictment or information:
**Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I); 1324(a)(1)(A)(v)(II); 1324(a)(1)(A)(iii); 1324a(a)(1)(A); and 1324a(a)(2); Title 18, United States Code, Section 1343**

/s/ *Megan DeMarco*
Megan DeMarco
Assistant United States Attorney